UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHLEEN M. GUENTHER,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C20-461 RSM

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

       The Court **GRANTS** plaintiff's *in forma pauperis* application, Dkt. 1, and **ORDERS**:

       (1)     Plaintiff shall be issued summonses.

       (2)     Plaintiff is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

       DATED this 1st day of April, 2020.

                                                   RICARDO S. MARTINEZ
                                                 CHIEF UNITED STATES DISTRICT JUDGE