UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| KATHLEEN M. GUENTHER,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:20-CV-00461-RSM<br><br><br><br>ORDER |

Based on Defendant's Motion, it is hereby ORDERED that the Answer Due Date shall be amended as follows:

Defendant shall have up to and including July 28, 2020, to file an Answer to Plaintiff's Complaint, including the certified administrative record. If the Commissioner is unable to file the certified administrative record by that date, the Commissioner shall file another extension motion.

DATED this 30th day of June, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Page 1         ORDER - [2:20-CV-00461-RSM]

1
2
3  Presented by:
4  s/ Jacob Phillips
   JACOB PHILLIPS
   Special Assistant United States Attorney
5  Office of the General Counsel
   Social Security Administration
6  701 Fifth Avenue, Suite 2900 M/S 221A
   Seattle, WA 98104-7075
7  Telephone: (206) 615-2274
   Fax: (206) 615-2531
8  jacob.phillips@ssa.gov
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24