UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHLEEN M. GUENTHER,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:20-CV-00461-RSM<br><br><br>ORDER ACCEPTING LATE FILING |

In response to Defendant's Motion to Accept Late Filing, filed October 14, 2020 (ECF No. 23), and considering that Plaintiff has no objection, it is hereby ORDERED that Defendant's Responsive Brief (ECF No. 22) shall be accepted as filed on October 14, 2020.

DATED this 27th day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Page 1    ORDER ACCEPTING LATE FILING - [2:20-CV-00461-RSM]

Presented by:

s/ David J. Burdett
DAVID J. BURDETT
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2522
Fax: (206) 615-2531
david.burdett@ssa.gov

Page 2      ORDER ACCEPTING LATE FILING - [2:20-CV-00461-RSM]